# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORJALON EVANS**                                                            **PLAINTIFF**

v.                      No: 4:20-cv-01338 BRW-PSH

**COREY HICKMAN**                                                    **DEFENDANT**

## ORDER

Mail sent to Plaintiff Corjalon Evans at the address he provided when he filed his Complaint[1] was returned to the Court as "undeliverable" because Mr. Evans was no longer living at the address he provided.[2] On August 23, 2021, United States Magistrate Judge Patricia Harris entered an order informing Mr. Evans that the mail could not be delivered to him at the address he provided and warning him that this case would be dismissed without prejudice if he failed to update his address within 30 days.[3] It has been over 30 days since Mr. Evans was directed to update his address, and he has not done so. His mail continues to be returned as undeliverable.[4] Accordingly, this case is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[5]

IT IS SO ORDERED this 28th day of September, 2021.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] Doc. No. 15.

[3] Doc. No. 16.

[4] Doc. No. 17.

[5] *See also Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).