# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORJALON EVANS**                                                              **PLAINTIFF**

**v.**                                    **No: 4:20-cv-01338 BRW-PSH**

**COREY HICKMAN**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 28th day of September, 2021.

<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE